AO106(Rev.5/85) Affidavit for Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person, property, or premises to be searched)

White Motorola Cellular Telephone SN # 324VEE815K
Silver Sprint Cellular Telephone ESN 04503982668
Silver Sprint Cellular Telephone ESN 05611137942

**APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT**

FILED
FEB 2 3 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CASE NUMBER: 05-387
06 - 79 - M - 01

(Further described below)

I __STEVE MANLEY__ being duly sworn depose and say:

I am a(n) __Officer with the Metropolitan Police Department__ and have reason to believe
(Official Title)

that ☐ on the person of or ☒ on the property or premises known as (name, description and or location)

METROPOLITAN POLICE DEPARTMENT CUSTODY

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property to be searched)

White Motorola Cellular Telephone SN # 324VEE815K
Silver Sprint Cellular Telephone ESN 04503982668
Silver Sprint Cellular Telephone ESN 05611137942

which is (state one or more bases for search and seizure set forth under Rule 41(c) of the Federal Rules of Criminal Procedure)

concerning a violation of Title __21__ United States Code, Section(s) __843__. The facts to support a finding of Probable Cause are as follows:

SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN

Continued on the attached sheet and made a part hereof.    ☒ YES ☐ NO

STEVE WASSERMAN
FEDERAL MAJOR CRIMES
(202) 307-0031

Signature of Affiant
STEVE MANLEY, Officer
Metropolitan Police Department

Sworn to before me, and subscribed in my presence

FEB 2 3 2006

Date    ALAN KAY
U.S. MAGISTRATE JUDGE

at Washington, D.C.

Name and Title of Judicial Officer    Signature of Judicial Officer