AO93(Rev.5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

White Motorola Cellular Telephone with SN # 324VEE815k
Silver Sprint Cellular Telephone with ESN 04503982668
Silver Sprint Cellular Telephone with ESN 05611137942

**SEARCH WARRANT**

CASE NUMBER: ~~05-387~~
06 - 79 - M - 01

TO: __STEVE MANLEY__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by __Officer STEVE MANLEY__ who has reason to believe that ☐ on the person or ☒ on the premises known as (name, description and or location)

METROPOLITAN POLICE DEPARTMENT CUSTODY

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property)

White Motorola Cellular Telephone SN # 324VEE815K
Silver Sprint Cellular Telephone ESN 04503982668
Silver Sprint Cellular Telephone ESN 05611137942

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before __February 27, 2006__
(Date)
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☐ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☒ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

FEB 23 2006 3°pm
_____    at Washington, D.C.
Date and Time Issued

ALAN KAY
U.S. MAGISTRATE JUDGE
_____    _____
Name and Title of Judicial Officer        Signature of Judicial Officer

# RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| Feb 23, 2005 | Feb. 24, 2005 1530 | |

INVENTORY MADE IN THE PRESENCE OF

Ofc. Manley, S

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

Cellular Phone Numbers

**FiLED**

MAR 0 2 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

x [signature]

Subscribed, sworn to, and returned before me this date.

[signature]    03/02/06
U.S. Judge or U.S. Magistrate Judge    Date